1058

[No. 18954-1-II.     Division Two.     November 1, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD
ALLEN HAUFF, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-1-03966-2, Thomas Felnagle, J., entered
November 16, 1994. *Affirmed* by unpublished opinion per
Turner, J., concurred in by Houghton, A.C.J., and Morgan,
J.

[No. 19008-7-II.     Division Two.     November 1, 1996.]

RICHARD HACK, ET AL., *Appellants*, v. WILLIAM
ROOZEN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 92-2-01372-1, Don L. McCulloch, J.,
entered December 2, 1994. *Reversed* by unpublished
opinion per Morgan, J., concurred in by Houghton, A.C.J.,
and Bridgewater, J.

[No. 19065-6-II.     Division Two.     November 1, 1996.]

BETSY CALLAWAY, *Appellant*, v. STANFORD J. BAILEY,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 93-2-01424-6, Jay B. Roof, J., entered
December 21, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, A.C.J., and Turner,
J.

[No. 19075-3-II.     Division Two.     November 1, 1996.]

FEL ABILLE, *Respondent*, v. KITSAP COUNTY SHERIFF,
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kit-
sap County, No. 92-2-02634-3, Jay B. Roof, J., entered
January 6, 1995. *Reversed* by unpublished opinion per
Turner, J., concurred in by Houghton, A.C.J., and Arm-
strong, J.